**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No: 12-61515 – Rosenbaum/Seltzer**

STEVEN STEENBACK,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
_____/

**FEDERAL EXPRESS CORPORATION'S PROPOSED
JURY *VOIR DIRE* QUESTIONS**

Defendant, Federal Express Corporation (referee to as "FedEx" or "Federal Express"), pursuant to Section 6 of the Court's Scheduling Order and Order of Referral to Mediation, submits its proposed jury *voir dire*. Doc. 14. FedEx assumes the Court will inquire of potential jurors their knowledge of the parties, current employment, employment history, spouses, military service and prior juror service, and therefore, submits no questions regarding those subjects.

FedEx requests that the Court inquire as to the following:

**A.  Knowledge of and use of FedEx's services and experiences with FedEx.**

1. Are you now or have you ever used the services of Federal Express on a long term basis? If so, was it a positive or negative experience?

2. Have any of you ever read, seen or heard anything about Federal Express, other than advertising?

3. Do any of you know anything about Federal Express that might influence you in deciding this case?

4. Have any of you, any member of your family or close friend had an experience with Federal Express that would affect your ability to serve as an impartial juror in this case?

5. Do any of you know any employee or former employee of Federal Express?

6. Have you ever worked for Federal Express as either an employee or contractor?

7. Have you ever applied for employment with Federal Express, or sought to do business with FedEx as a contractor?

**B. Union membership and competitors of FedEx.**

8. Do any of you belong to any unions or trade or professional organizations?

9. Have any of you, any member of your family or close friend ever worked for a competitor of Federal Express or for an express transport company such as UPS, the U.S. Postal Service, or DHL?

**C. Views regarding large corporations.**

10. FedEx is a corporation – do any of you have strong feelings that corporations are given unfair advantages that individuals do not have?

11. Do any of you believe a company should be held to a different standard than an individual?

12. Do any of you believe that if a company is being sued, it must be liable for something?

13. Would you be inclined to treat this case any differently merely because the Defendant is a large international corporation than you would if the case involved an individual who was being sued?

14. Would you distrust the testimony of a company employee regarding the facts of this case merely because that employee is still employed with the company?

15. Would you distrust the testimony of a company employee regarding the facts of this case merely because that employee is employed as a manager with the company?

16. Do you believe that between an individual, like the Plaintiff in this action, and a corporation, like FedEx, there should be any distinction in the kind of justice they receive?

17. Do you think you would have a tendency to award damages to the Plaintiff just because Federal Express is a corporation and the Plaintiff is an individual?

18. If the evidence justifies it, will you be able to find a verdict for FedEx just as readily as you could find a verdict for the plaintiff?

19. Do you have any belief or feeling for or against corporations that might prevent you from being a completely fair and impartial juror in this case and treating the corporations as if they were individuals?

**D.** **Negative employment experiences.**

20. This case involves a claim of national origin discrimination. Is there anything about this case that initially makes you favor one side or the other?

21. Have any of you, any member of your family or close friend ever been terminated or fired from any employment?

22. Have any of you, any member of your family or close friend ever been disciplined, demoted or suspended by any employer?

23. Have any of you, any of your family members or close friends ever been mistreated by a company?

24. Have any of you ever felt you or a family member or close friend were discriminated or retaliated against at work?

25. Have any of you, any member of your family or close friends ever felt that they were discriminated against in matters other than employment, such as housing or public accommodations?

26. Have any of you, your family members or close friends ever been the subject of demeaning remarks or comments at your job of a discriminatory nature?

27. Have any of you ever known anyone who you believe was discriminated against or retaliated against at work?

28. Have any of you, any member of your family or close friends ever been accused of discriminating against another person?

**E.** **Human Resources (Personnel) experience and legal training.**

29. Have any of you, any member of your family or close friend been employed in the personnel or human resources department of any company?

30. Do any of you, any member of your family or close friend have any training in personnel or human resources matters, including employment discrimination laws and/or policies?

31. Do any of you, any member of your family or close friend have any legal education or training?

32. Have you, any member of your family or close friend been employed by any law firm or court system?

**F.     Management experience.**

33.    Have any of you, any member of your family or close friend had the power in your employment to hire, fire, discipline, supervise or promote employees?

**G.     Experience with governmental investigative agency (EEOC).**

34.    Have any of you, any member of your family or close friend been employed with the Equal Employment Opportunity Commission or any other agency which receives complaints of discrimination?

**H.     Views on litigation.**

35.    Does anyone believe that just because a suit has been brought, the defendant is probably liable for something?

36.    From what you have read or heard, do you think that in recent years the money awards from lawsuits have generally been too high, too low or just right?

**I.     Personal experience as party to litigation or witness.**

37.    Have any of you ever worked for an employer that you know who has been sued for discrimination or retaliation?

38.    Has anyone had any experience in dealing with matters involving employee discrimination or retaliation?

39.    Have any of you, any member of your family or close friends ever filed any complaints of grievances alleging discrimination or mistreatment?

40.    Have any of you, any member of your family or close friends even been the subject of a claim or investigation alleging discrimination or mistreatment?

41.    Have you, any of your close relatives or friends sued an employer over a job-related situation?

42.    Have you ever thought you were penalized at work for a position you took in support of a legal or moral issue?

**J.     Personal limitations that would preclude jury service.**

43.    Does anyone have any medical problems, for instance, poor eyesight or hearing, that would make it hard for you to be a juror in this case?

44.    Does anyone have a hard time understanding the English language in verbal or written form that would make it hard for you to be a juror in this case?

**I.  Convictions that would preclude jury service.**

45. Have any of you, or someone you know, experienced any debilitating mental condition, or suffered from severe depression or anxiety?

46. Do any of you have any religious beliefs or any other sincerely held beliefs or convictions that you believe would prevent you from reaching a fair and impartial verdict based upon the testimony and evidence presented in this lawsuit and the instructions of this Court?

47. Do any of you have particularly strong feelings about claims of discrimination or retaliation or employees who make them?

48. Does anyone think they would render a decision simply because they feel sorry for Plaintiff without regard to the evidence presented in this case?

49. If the evidence shows that Plaintiff cannot carry this burden, would you have any difficulty in returning a verdict for Defendant and awarding Plaintiff nothing?

50. In your deliberations, are you willing to abide by your convictions and not opinions of the other jurors that are not correct?

51. Does anyone know of any reason whatsoever why they cannot be a fair and impartial juror in this case?

Dated August 16, 2013.

BY: FEDERAL EXPRESS CORPORATION

/s/ *Frederick L. Douglas*
Frederick L. Douglas, Lead Counsel
(Admitted Pro Hac Vice)
Federal Express Corporation
3620 Hacks Cross Rd., Bldg B., 3rd Fl.
Memphis, TN  38125
Office: (901) 434-8519
Facsimile: (901) 434-9271
(Admitted *Pro Hac Vice*)

Patrick Martin
Littler Mendelson, P.C.
One Biscayne Tower
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
Office: (305) 400-7502
Facsimile: (305) 810-9921
PFMartin@littler.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                         /s/ *Frederick L. Douglas*

Firmwide:122583691.1 056148.1000